UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JOHN PRICE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **Case No. 1:12-CV-1150 LO/JFA** ) |
| MARK ORDAN, GLYN AEPPEL, THOMAS DONOHUE, STEPHEN HARLAN, PAUL KLAASSEN, LYNN KROMINGA, WILLIAM LITTLE, SUNRISE SENIOR LIVING, INC., HEALTH CARE REIT, INC., BREWER HOLDCO, INC., BREWER HOLDCO SUB, INC., and RED FOX INC., | ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff John Price, by and through his undersigned counsel, hereby notices the voluntary dismissal of the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(i).

Dated: October 22, 2012         _____/s/_____

Elizabeth K. Tripodi, VA Bar #73483
LEVI & KORSINSKY LLP
1101 30th Street, NW
Suite 115
Washington, D.C. 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
etripodi@zlk.com